IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **JASON MICHAEL STEPHENS,** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 7:11-CV-33 (HL) |
| | : | |
| **LONNIE LIEUPO, et al,** | : | |
| | : | |
| Defendants | : | |
| | : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 36) filed June 4, 2012 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

There being no objections to the Magistrate Judge's Recommendation filed within the time allowed, the (Doc. 29) Motion for Summary Judgment is granted.

**SO ORDERED,** this the 22nd day of June, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**